# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:  CASE NO.: 6:11-bk-11100-KSJ
Chapter No.: 13

Juan M. Delgado .
Debtor (s)
_____/

_____ Chapter 13 Plan         __X___ Amended Chapter 13 Plan

COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the debtor (s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the chapter 13 Standing Trustee:

## Plan payments

| Payment Number by months | | Amount of Monthly Plan Payment |
|---|---|---|
| 1 – 10 | September 14th, 2011 - June 14th, 2012 | $4,150.00 |
| 11 - 60 | July 14th, 2012 – August 14th, 2016 | $3,950.00 |

The Debtor (s) shall mail a money order or cashier's check or wage deduction, to Laurie K. Weatherford, Chapter13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

### PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney's fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| **Priority Claims** | | | |
| Astrid Vellon | $3,000.00 | $250.00 | 1 – 10 |
| Maintenance fee | | $50.00 | 11 - 60 |

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Laurie K. Weatherford, Trustee 10% | | | 1 - 60 |

**Secured Claims**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Porsche Financial Serv. | $12,761.27 @5.25 Till | $242.29 | 1 – 60 |

Wells Fargo, 1st Mtg. Harmony lane $350,076.24    $2,265.23    1 – 60
(This mtg. was modified, paying as per modified terms).

Wells Fargo, Cram Down mortgage on 9328 Bud Wood, Gotha, FL 34734
AGRREED TERMS   $87,000.00 @ 5.25% over 30 years (NO balloon payment)
$787.17    – 60

Bank One, Second Mtg. on 9328 Bud Wood, Gotha, FL 34734  Motion to strip filed

Regions Bank, second mortgage on 1073 Harmony Lane, Clermont, FL 34711 Motion to strip filed

**Secured Arrears**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

Wells Fargo Home Mtg. (1073 Harmony Ln., Clermont, FL 34711)
$8,398.00    $140.00    1 - 60

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

Wells Fargo Home Mtg. (1073 Harmony Ln. Clermont, FL 34711)
$2,265.23    $38.00    1 - 60

**Property to be surrendered:**

**Creditor Name:** N/A
**Property Address:** N/A

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |

Wells Fargo Bank, N.A. $187,744.35 Property: 9328 Bud Wood St., Gotha, FL 34734-5035
    Valued amount and terms $87,000.00 @5.25% over a new 30 yaers term (no balloon payment) ($480.42 P & I and $306.75 T & I)

**The following Executory Contracts are assumed:**

Name of Creditor:        Description of Collateral:    Payment Month Numbers:
N/A

**The following Executory Contracts are rejected:**

Name of Creditor:        Description of Collateral:
N/A

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: _____-%

### Certificate of Service

I/We hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor (s) was furnished by United States mail, postage prepaid, to all creditors and parties in interest as listed on the Court's Matrix as attached, this January 19, 2012.

_____
Debtor's Signature

/s/ Astrid Vellon, Esq.

_____
Astrid Vellon, Esq.
1500 S. Semoran Blvd.
Orlando, Florida 32807
Tel. (407) 207-8060
Fax. (407) 207-0660
Florida Bar Number: 0159141
Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:11-bk-11100-KSJ<br>Middle District of Florida<br>Orlando<br>Thu Jan 19 13:07:35 EST 2012 | Juan M. Delgado<br>1073 Harmony Lane<br>Clermont, FL 34711-9021 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | WELLS FARGO BANK, N.A.<br>Douglas C Zahm PA<br>c/o Carol A Lawson<br>12425 28th Street North Suite 200<br>St Petersburg, FL 33716-1826 |
| Wells Fargo Bank, NA<br>Florida Default Law Group PL<br>P.O. Box 25018<br>Tampa, FL 33622-5018 | Bank One<br>800 Brooksedge Blvd<br>Westerville, OH 43081-2822 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| HSBC/Best Buy<br>P.O. Box 15521<br>Wilmington, DE 19850-5521 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Lake County Tax Collector<br>Attn: Bob McKee<br>Post Office Box 327<br>Tavares FL 32778-0327 |
| Porche Financial Services<br>4343 Commerce Court<br>suite 300<br>Lisle, IL 60532-3616 | Porsche Financial Services<br>4343 Commerce Court<br>Suite 300<br>Lisle, IL 60532-3616 | Regions Bank<br>7350 Lake Underhill Road<br>Orlando, FL 32822-6055 |
| Well Fargo Home Mortgage<br>PO BOX 10335<br>Des Moines, IA 50306-0335 | Wells Fargo Bank, NA<br>1 Home Campus<br>Bankruptcy Payment Processing<br>MAC# x2302-04c<br>Des Moines, IA 50328-0001 | Wells Fargo Home Mortgage<br>MAC# X-7801-014<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7200 |
| Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Astrid M Vellon +<br>The Law Offices of Astrid Vellon PA<br>1500 South Semoran Boulevard<br>Orlando, FL 32807-2920 | Carol A Lawson +<br>Douglas Zahm, P.A.<br>12425 28th St. N.<br>Suite 200<br>St. Petersburg, FL 33716-1826 |
| Teresa M Hair +<br>Florida Default Law Group, PL<br>PO Box 25018<br>Tampa, FL 33622-5018 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Karen S. Jennemann<br>Orlando | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients     1<br>Total                   22 |