IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

JUAN M. DELGADO

    Debtor(s).

CASE NO. 11-11100-KSJ
CHAPTER 13

_____/

AGREED ORDER GRANTING VERIFIED
MOTION TO VALUE CLAIM OF WELLS FARGO

This case is before the Court upon the Debtor's Verified Motion to Value Claim of Wells Fargo (Doc. No. 25; the "Motion"). The Court, having considered said Motion and the agreement between the Parties, is of the opinion that it is appropriate to enter an Order on such Motion. It is, therefore,

**ORDERED:**

1. The Debtor's Verified Motion to Value Claim of WELLS FARGO BANK, NA is GRANTED.

2. The Court finds the value of the real property (the "Subject Property") located at 9328 Bud Wood Street, Gotha, FL 34734 and more particularly described as:

> THE EAST 31.70 FEET OF THE WEST 70.85 FEET OF LOT 17, CITRUS OAKS PHASE FOUR, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 29, PAGE 128 OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.
>
> a/k/a 9328 BUD WOOD STREET, GOTHA, FL 34734

was $87,000 at the time of the filing of this case.

3. Claim No. 2, filed by WELLS FARGO BANK, NA (the "Claimant"), secured by the Subject Property, shall be paid as an allowed secured claim in the amount of $87,000.00 at an interest rate of 5.25% and re-amortized over thirty (30) years with no balloon payment. The loan is to remain escrowed for taxes and insurance which is subject to change. The current total monthly payment shall be $787.17 which consists of $480.42 for Principal and Interest and $306.75 for Escrow.

4. The remaining portion of Claim No. 2 plus $875.00 in attorney's fees and costs incurred by Claimant in defense of its Claim, shall be paid pro rata as a general unsecured claim in the amount of $101,619.35.

5. All other terms of the Promissory Note and Mortgage shall remain in full force and effect. Furthermore, Claimant shall retain its lien until the Debtor completes the Chapter 13 Plan and receives a discharge. If the case is dismissed before the completion of the Chapter 13 plan, converted, relief is obtained, or the property is sold or refinanced, the terms shall revert to the original terms.

6.  This Order is not recordable or enforceable until the completion of the Debtor's plan and the Debtor receives a Chapter 13 discharge by the Court in this case pursuant to 11 U.S.C. 1328(a).

DONE AND ORDERED at ORLANDO Florida on January 25, 2012.

*[signature]*

KAREN S. JENNEMANN
CHIEF UNITED STATES BANKRUPTCY JUDGE

By: *[signature]*
Teresa Hair, Attorney for Creditor
Florida Bar No. 44079
P.O. Box 25018
Tampa, Florida 33622-5018
(813) 251-4766 Ext: 3485

By: *[signature]*
Astrid M. Vellon, Attorney for Debtor
Florida Bar No. 0159141
1500 South Semoran Boulevard
Orlando, Florida 32807
(407) 207-8060

Copies Furnished To:

JUAN M. DELGADO
1073 Harmony Lane
Clermont, FL 34711

Astrid M Vellon, Esquire
1500 South Semoran Boulevard
Orlando, FL 32807

Laurie K. Weatherford, Trustee
Post Office Box 3450
Winter Park, FL 32790

WELLS FARGO BANK, NA
3476 Stateview Boulevard, MAC# X7801-014
Ft. Mill, SC 29715

Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018

B11030695